AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ☒

| | |
|---|---|
| ESCOT BUS LINES, LLC<br><br>*Plaintiff(s)*<br>v.<br>THE FLORIDA EXPRESS BUS, LLC<br><br>*Defendant(s)* | Civil Action No. 8:15 cv 2439 T36 TGW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Florida Express Bus, LLC
c/o Registered Agent
William Hennessey
109 Ambersweet Way, 282
Davenport, Florida, 33897

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William Collins
The Law Office of William Collins, P.A.
503 E. Jackson Street, #332
Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: OCT 1 5 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*